**Order filed November 2, 2021**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-21-00443-CV
_____

### GENEVER HUBBITT, Appellant

### V.

### JOHN D. DEAJON JR., Appellee

---

**On Appeal from the County Civil Court at Law No. 2**
**Harris County, Texas**
**Trial Court Cause No. 1166838**

---

## ORDER

Appellant's brief was due September 16, 2021. No brief or motion to extend time has been filed. Unless appellant files a brief with this court on or before November 16, 2021, the court will dismiss the appeal for want of prosecution. See Tex. R. App. P. 42.3(b).

PER CURIAM

Panel Consists of Chief Justice Christopher and Justices Zimmerer and Wilson.